MICHAEL C. HETEY, ESQ.
Nevada Bar No. 5668
THORNDAL ARMSTRONG, PC
600 S. Las Vegas Boulevard, Suite 400
Las Vegas, Nevada 89101
Tel.: (702) 366-0622
Fax: (702) 366-0327
mch@thorndal.com

Attorneys for Defendant,
REGAL CINEMAS, INC. (Erroneously
Sued Herein as REGAL CINEMAS, INC.
dba REGAL RED ROCK)

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSE D. MORLETT, Individually,<br><br>Plaintiff,<br><br>vs.<br><br>REGAL CINEMAS, INC., a foreign corporation dba REGAL RED ROCK; DOES I-X, and ROE CORPORATIONS I-X, inclusive,<br><br>Defendants. | CASE NO. 2:23-cv-02152-GMN-DJA<br><br>**STIPULATION AND ORDER EXTENDING DISCOVERY DEADLINES (Second Request)** |

Pursuant to LR IA 6-1 and LR 26-3, Plaintiff Jose Morlett, by and through his counsel of record, Arias Sanguinetti Wang & Team, LLP, and Defendant Regal Cinemas, Inc. (Erroneously Sued herein as Regal Cinemas, Inc. dba Regal Red Rock), by and through its counsel of record, Thorndal Armstrong, PC, hereby stipulate and request that this Court extend discovery deadlines in the above-captioned case ninety (90) days as outlined herein. This is the second request for an extension of time.

**I.     SUMMARY OF CASE**

This case arises out of an alleged fall on Defendant's property in Las Vegas, Clark County, Nevada on May 6, 2023.

The Complaint in this matter was filed in the Eighth Judicial District Court, Clark County, Nevada on November 7, 2023. Defendant filed its Answer to Plaintiff's Complaint on December 21, 2023. Thereafter, on December 28, 2023, Defendant filed a Notice of Removal

along with the corresponding Petition for Removal [ECF No. 1], Certificate of Interested Parties [ECF No. 2] and Statement of Removal [ECF No. 3].

The parties have been participating in discovery and have completed document productions, written discovery, an expert property inspection and have been working on setting depositions and mediation.

The parties submit there is good cause for an extension of time to complete remaining necessary discovery and make this request in good faith and not to delay proceedings.

## II.   DISCOVERY COMPLETED

- On February 6, 2024, Defendant served interrogatories and requests for production on Plaintiff.
- On February 23, 2024, Defendant made its initial disclosure pursuant to FRCP 26(a)(1).
- On February 24, 2024, Plaintiff made his initial disclosure pursuant to FRCP 26(a)(1).
- On April 1, 2024, Plaintiff served his first supplemental disclosure pursuant to FRCP 26(a)(1).
- On April 1, 2024, Plaintiff responded to Defendant's written discovery.
- On April 23, 2024, Plaintiff propounded written discovery on Defendant.
- On **April 11, 2024,** Defendant served its first supplemental disclosure pursuant to FRCP 26(a)(1).
- **On April 23, 2024 Plaintiff served interrogatories and requests for production on Defendant.**
- On May 23, 2024, Defendant responded to the interrogatories and requests.
- Defendant made their second supplemental disclosure pursuant to FRCP 26(a)(1) on May 23, 2024.
- Defendant made their third supplemental disclosure pursuant to FRCP 26(a)(1) on July 1, 2024.
- **On October 18, 2024 a joint expert inspection of the subject Regal theater and auditorium was completed.**

- **On November 22, 2024 Plaintiff served his second supplemental disclosure pursuant to FRCP 26(a)(1).**
- **On November 22, 2024 Plaintiff and Defendant served their Initial Expert Designations.**
- **On December 16, 2024 Defendant completed the deposition of Plaintiff.**
- **On December 18, 2024 Plaintiff served a second set of interrogatories and requests for production, and first set of requests for admissions on Defendant.**
- **On December 23, 2024 Plaintiff and Defendant served their Rebuttal Expert Designations.**

### III. DISCOVERY THAT REMAINS TO BE COMPLETED

- Responses to Plaintiff's recent submission of additional written discovery.
- Deposition of Regal General Manager Julian Servin tentatively set for January 27, 2025.
- Deposition of Carlos Flores – A Security Officer employed by Red Rock Casino who prepared an incident report after the subject fall.
- Deposition of Robert Daley – A patron who sat next to Plaintiff and may have witnessed Plaintiff's fall.
- Deposition of David Benjamin – Red Rock Casino Security Supervisor.
- Deposition of the FRCP 30(b)(6) for Defendant.
- Expert depositions.
- Deposition of Sergio Ernesto Morlett, Plaintiff's brother.
- Depositions of Plaintiff's medical providers.
- Depositions of any other fact witnesses.
- Depositions of expert witnesses.
- Potential additional written discovery.
- Disclosure of additional documents as needed.

### IV. REASONS WHY PARTIES ARE REQUESTING EXTENSION

The parties are seeking a 90-day extension. As the Court can see, the parties have been diligently proceeding with discovery including written discovery, document production,

deposition of Plaintiff, expert property inspection and production of expert reports and expert rebuttal reports. The parties seek additional time to complete remaining discovery including depositions of witnesses which were delayed in part due to holiday schedules including Regal General Manager Julian Servin, who was on vacation for a significant portion of December 2024 and is out of state for several portions of January 2025. The parties are attempting to set his deposition for January 27, 2025 by agreement. The parties are also attempting to set dates for expert depositions, and setting a Mediation. The parties would like to mediate the case prior to deposing experts. The parties are working on setting a Mediation with Mediator Jay Young of Advanced Resolution Management on or about February 12, 2025 (and possibly on a date in early March 2025) or Ret. Judge Jennifer Togliatti on or about March 4th through 11th, 2025 depending on client availability for the parties. The parties seek this extension in good faith and not for purpose of delay. Below is a proposal based on the current 90-day extension request.

**V.     PROPOSED REVISED DISCOVERY SCHEDULE**

|  | **CURRENT DEADLINE** | **PROPOSED DEADLINE** |
|---|---|---|
| Initial Expert Designation | Closed | **NA** |
| Rebuttal Expert Designation | Closed | **NA** |
| Discovery Cut-Off | January 21, 2025 | **April 21, 2025** |
| Dispositive Motions | February 21, 2025 | **May 21, 2025** |
| Joint Proposed Pre-Trial Order | March 21, 2025 | **June 20, 2025** |

Dated this 6th day of January 2025.          Dated this 7th day of January 2025.

ARIAS SANGUINETTI WANG                     THORNDAL ARMSTRONG, PC
& TEAM LLP

*/s/ Christopher A.J. Swift*                         */s/ Michael C. Hetey*
Gregg A. Hubley, Esq.                              Michael C. Hetey, Esq.
Nevada Bar No. 7386                                Nevada Bar No. 5668
Christopher A.J. Swift, Esq.                       600 S. Las Vegas Boulevard, Suite 400
Nevada Bar No. 11291                               Las Vegas, Nevada 89101
7201 W. Lake Mead Blvd. Suite 570                  Attorneys for Defendant,
Las Vegas, Nevada 89128                            REGAL CINEMAS, INC.
Attorneys for Plaintiff,                           (Erroneously Sued Herein as REGAL
Jose Morlett                                       CINEMAS, INC. dba REGAL RED ROCK)

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**ORDER**

IT IS SO ORDERED that the parties' stipulation extending discovery deadlines (ECF No. 13) is GRANTED.

DATED: 1/8/2025

_____
UNITED STATES MAGISTRATE JUDGE