MICHAEL C. HETEY, ESQ.
Nevada Bar No. 5668
THORNDAL ARMSTRONG, PC
600 S. Las Vegas Boulevard, Suite 400
Las Vegas, Nevada 89101
Tel.: (702) 366-0622
Fax: (702) 366-0327
mch@thorndal.com

Attorneys for Defendant,
REGAL CINEMAS, INC. (Erroneously
Sued Herein as REGAL CINEMAS, INC.
dba REGAL RED ROCK)

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JOSE D. MORLETT, Individually, | CASE NO. 2:23-cv-02152-GMN-DJA |
| Plaintiff, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| vs. | |
| REGAL CINEMAS, INC., a foreign corporation dba REGAL RED ROCK; DOES I-X, and ROE CORPORATIONS I-X, inclusive, | |
| Defendants. | |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff, JOSE D. MORLETT ("Plaintiff"), and Defendant REGAL CINEMAS, INC. (Erroneously Sued Herein as REGAL CINEMAS, INC. dba REGAL RED ROCK) ("Defendant"), by and through their respective undersigned counsel of record, that Plaintiff's Complaint, including all claims and

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

. . .

Page 1 of 2
*Morlett v. Regal Cinemas, Inc.*, Case No. 2:23-cv-02152-GMN-DJA
**Stipulation and Order for Dismissal with Prejudice**

causes of action alleged therein or which could have been alleged therein, be dismissed with prejudice against all Defendants or potential Defendants; and, that each stipulating Party is to bear their own attorney fees, costs and expenses.

**IT IS SO STIPULATED.**

Dated this 28th day of July 2025.

ARIAS SANGUINETTI WANG & TEAM LLP

/s/ Christopher A.J. Swift
Gregg A. Hubley, Esq.
Nevada Bar No. 7386
Christopher A.J. Swift, Esq.
Nevada Bar No. 11291
Chad R. Aronson, Esq.
Nevada Bar No. 14471
7201 W. Lake Mead Blvd. Suite 570
Las Vegas, Nevada 89128
Attorneys for Plaintiff,
JOSE D. MORLETT

Dated this 28th day of July 2025.

THORNDAL ARMSTRONG, PC

/s/ Michael C. Hetey
Michael C. Hetey, Esq.
Nevada Bar No. 5668
600 S. Las Vegas Boulevard, Suite 400
Las Vegas, Nevada 89101
Attorneys for Defendant,
REGAL CINEMAS, INC.
(Erroneously Sued Herein as REGAL CINEMAS, INC. dba REGAL RED ROCK)

## ORDER

IT IS SO ORDERED.
Dated this 28 day of July, 2025.

_____
UNITED STATES DISTRICT JUDGE

Page 2 of 2
*Morlett v. Regal Cinemas, Inc.*, Case No. 2:23-cv-02152-GMN-DJA
**Stipulation and Order for Dismissal with Prejudice**